**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TIMOTHY MICHAEL SANDERS,

      Defendant.

_____/

Case No. 12-cr-20218
Hon. Sean Cox

## INDEX OF EXHIBITS

1.    Exhibit A – 2703 Order.

Respectfully submitted,

LAW OFFICES OF S. ALLEN EARLY

/s/ S. Allen Early
S. Allen Early (P13077)
Attorney for Defendant Sanders
65 Cadillac Square, Suite 2810
Detroit, MI 48226
(313) 962-2320

Date: November 22, 2013

1