UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY MICHAEL SANDERS,

    Defendant.
_____/

Case No. 12-cr-20218
Hon. Sean Cox

### **DEFENDANT TIMOTHY SANDERS' PRELIMINARY EXHIBIT LIST**

1. Letter from Michael Green to Timothy Sanders.

2. Letter from Michael Green to Timothy Sanders.

3. Letter from Michael Green to Timothy Sanders.

4. Letter from Michael Green to Timothy Carpenter.

5. Other evidence that becomes known to counsel as the facts develop at trial.

Respectfully submitted,

LAW OFFICES OF S. ALLEN EARLY

/s/ S. Allen Early
S. Allen Early (P13077)
Attorney for Defendant Sanders
65 Cadillac Square, Suite 2810
Detroit, MI 48226
(313) 962-2320

Date: November 22, 2013

1

## CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2013, that the foregoing document was electronically filed this date and served electronically.

                                          Respectfully submitted,

                                          LAW OFFICES OF S. ALLEN EARLY

                                          /s/ S. Allen Early
                                          S. Allen Early (P13077)
                                          Attorney for Defendant Sanders
                                          65 Cadillac Square, Suite 2810
                                          Detroit, MI 48226
                                          (313) 962-2320

Date: November 22, 2013